UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN M. BARTLETT,<br><br>    Petitioner,<br><br>    v.<br><br>PAUL PENZONE,<br><br>    Respondent. | No. 2:18-cv-3139 DB P<br><br>ORDER |

Petitioner, a county inmate detained in Arizona, is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner seeks to challenge an administrative decision by the State Bar of California. Presently before the court is petitioner's petition for writ of habeas corpus (ECF No. 1) and his request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 (ECF No. 2).

**IN FORMA PAUPERIS**

Petitioner has not filed an application for leave to proceed in forma pauperis on the form used by this district. He has instead submitted an application to proceed in forma pauperis form used by the United States District Court for the District of Arizona. Accordingly, petitioner's motion will be denied without prejudice and he will be provided the opportunity to submit the application on the appropriate form. Petitioner is further instructed that he must provide along

////

1

with the application a certified copy of his jail trust account statement for the six-month period immediately preceding the filing of his petition.

**SCREENING**

**I.     Screening Requirement**

Under Rule 4 of the Rules Governing Section 2254 Cases, this court is required to conduct a preliminary review of all petitions for writ of habeas corpus filed by state prisoners. Pursuant to Rule 4, this court must summarily dismiss a petition if it "plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court."

**II.    The Petition**

Petitioner states that he is challenging an administrative decision from the State Bar of California issued on October 4, 2018. (ECF No. 1 at 1.) It appears that he seeks to have the court review the State Bar of California's decision to close the investigation into his grievance.

He claims "attorney Sentura Harris organized and 'staged' a criminal prosecution absent any valid grand jury indictment, introducing false witness testimony[,] and false evidence." (ECF No. 1 at 6.) He alleges that Harris organized and staged a sham trial, where he was convicted and sentenced to eighteen years in prison. (Id.)

**III.   Analysis**

To state a cognizable federal habeas corpus claim, the petitioner must assert he is "in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a). To satisfy this requirement, the petitioner must allege a nexus between his claims and the unlawful nature of the custody. See Bailey v. Hill, 599 F.3d 976, 978-80 (9th Cir. 2010). The allegations contained in the petition do show that there is such a nexus because petitioner's claim of constitutional error is in the context of a state bar proceeding and the claim does not relate to his custody or suggest some unlawful nature of his custody.

However, petitioner will be given the opportunity to amend as he may actually intend to attack his underlying conviction. To the extent petitioner seeks to challenge his underlying conviction he will be given the opportunity to do so in an amended petition.

////

**CONCLUSION**

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's application to proceed in forma pauperis (ECF No. 2) is denied without prejudice;
2. Petitioner's petition for writ of habeas corpus is dismissed with leave to amend;
3. Within thirty days of the date of this order petitioner shall submit:
   a. A completed application to proceed in forma pauperis
   b. An amended petition on the form provided by the court;
4. Failure to comply with this order will result in a recommendation that this action be dismissed;
5. The Clerk of the Court is directed to send to petitioner:
   a. An Application to Proceed In Forma Pauperis by a Prisoner; and
   b. The court's form habeas corpus petition.

Dated: May 14, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/Prisoner-Habeas/bart3139.scrn

3